ACCEPTED
03-14-00340-CV
4790566
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/7/2015 2:04:04 PM
JEFFREY D. KYLE
CLERK

## MAYER·BROWN

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel +1 312 782 0600
Main Fax +1 312 701 7711
www.mayerbrown.com

Mike Sullivan
Direct Tel +1 312 701 7251
Direct Fax +1 312 706 8689
msullivan@mayerbrown.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/7/2015 2:04:04 PM
JEFFREY D. KYLE
Clerk

April 7, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, TX 78711-2547

Re:     Case No. 03-14-00340-CV

*Appellants, CPS Energy, Time Warner Cable
Texas LLC and Southwestern Bell Telephone
Company d/b/a AT&T/Cross Appellant, Public
Utilitiy Commission of Texas v. Appellee, Public
Utility Commission of Texas/Cross Appellee, CPS
Energy, Time Warner Cable Texas LLC and
Southwestern Bell Telephone Company d/b/a
AT&T*

Dear Mr. Kyle:

Please remove Joseph E. Cosgrove, Jr. from your service list and update the service list
with the following information for Appellant/Cross Appellee Southwestern Bell Telephone
Company d/b/a AT&T in the above-styled case:

J. David Tate
Katherine C. Swaller
Thomas Ballo
AT&T Legal Department
816 Congress Avenue, Suite 1100
Austin, Texas 78701
Phone: (512) 457-2304
Fax: (512) 870-3420
jon.david.tate@att.com
katherine.swaller@att.com
thomas.ballo@att.com

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia
and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.

Mayer Brown LLP

Thank you for your assistance in this matter.

Sincerely,

/s/ Michael T. Sullivan

Michael T. Sullivan

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Letter was served upon all parties listed below in accordance with local rules of Travis County, Texas, the Texas Rules of Civil Procedure, and the Texas rules of Appellate Procedure on this 7th day of April, 2015.

By: /s/ Michael T. Sullivan
　　　Michael T. Sullivan


# LIST OF PARTIES

## PARTIES AND ATTORNEYS FOR
### Cause No. D-1-GN-13-001238 (Consolidated)

| Counsel for Public Utility Commission of Texas: | Counsel for CPS Energy: |
|---|---|
| Douglas Fraser<br>Megan Neal<br>Office of the Attorney General<br>P.O. Box 12548, Capitol Station<br>Austin, TX 78711-02548<br>Phone: (512) 463-2012<br>Fax: (512) 457-4610<br>douglas.fraser@texasattorneygeneral.gov<br>megan.neal@texasattorneygeneral.gov | Alfred R. Herrera<br>HERRERA & BOYLE, PLLC<br>816 Congress Avenue, Suite 1250<br>Austin, TX 78701<br>Phone: (512) 474-1492<br>Fax: (512) 474-2507<br>aherrera@herreraboylelaw.com |
| **Counsel for CPS Energy:** | **Counsel for AT&T Texas:** |
| Curt D. Brockmann<br>CPS Energy<br>145 Navarro<br>P.O. Box 1771<br>San Antonio, TX 78296<br>Phone: (210) 353-5689<br>Fax: (210) 353-6832<br>cdbrockmann@cpsenergy.com | Paul A. Drummond<br>Natalie L. Hall<br>AT&T Legal Department<br>1010 N. St. Mary's, 14th Floor<br>San Antonio, TX 78215<br>Phone: (210) 351-4830<br>Fax: (210) 886-2127<br>paul.drummond@att.com<br>natalie.hall@att.com |

| Counsel for AT&T Texas: | Counsel for Time Warner Cable Texas LLC: |
|---|---|
| J. David Tate<br>Katherine C. Swaller<br>Thomas Ballo<br>AT&T Legal Department<br>816 Congress Avenue, Suite 1100<br>Austin, Texas 78701<br>Phone: (512) 457-2304<br>Fax: (512) 870-3420<br>jon.david.tate@att.com<br>katherine.swaller@att.com<br>thomas.ballo@att.com | Valerie P. Kirk<br>Melissa Lorber<br>Enoch Kever PLLC<br>600 Congress Avenue, Suite 2800<br>Austin, TX  78701<br>Phone:  (512) 615-1200<br>Fax:  (512) 615-1198<br>vkirk@enochkever.com<br>mlorber@enochkever.com |
| **Counsel for Time Warner Cable Texas LLC:**<br><br>J.D. Thomas<br>J. Aaron George<br>Sheppard Mullin Richter & Hampton LLP<br>2099 Pennsylvania Avenue, NW, Suite 100<br>Washington, DC 20006-6801<br>Phone:  (202) 747-1900<br>Fax:  (202) 747-1901<br>dthomas@sheppardmullin.com<br>ageorge@sheppardmullin.com | |